[Dntchrga] [District Notice of Preliminary Hearing or Status Conference (AP)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                      Case No. 6:18−bk−06437−KSJ
                                                          Chapter 7

James S. Pendergraft

        Debtor*       /

C.H., as Settlor of the J.F. Special Needs Trust

The Center for Special Needs Trust
Administration, Inc. Trustee of the J.F. Special
Needs Trust

       Plaintiff*

vs.                                                    Adv. Pro. No. 6:19−ap−00241−KSJ

James S. Pendergraft IV

Orlando Women's Center, LLC et. al,

       Defendant*      /

<u>NOTICE OF STATUS CONFERENCE</u>
Pre Trial Conference

    NOTICE IS GIVEN THAT:

1. A preliminary status conference in this proceeding will be held on July 23, 2019 , at 02:45 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

2. The Court may continue this status conference upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Parties are reminded to comply with all requirements of Local Rule 7001−1.

5. <u>Avoid delays</u>. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

FOR THE COURT

Dated: June 20, 2019               Sheryl L. Loesch , Clerk of Court
                                   George C. Young Federal Courthouse
                                   400 West Washington Street
                                   Suite 5100
                                   Orlando, FL 32801


The Clerk's office is directed to serve a copy of this notice on interested parties.


*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.